

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00206-CV

**IN RE** Tamer F. **MORSI**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

Delivered and Filed:  April 15, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On April 8, 2015, relator Tamer Morsi filed a petition for writ of mandamus complaining of the trial court's order requiring relator to execute consent forms to allow his ex-wife to obtain passports for their minor children. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-15236, styled *In the Interest of E.M., G.M. and L.M., Children*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Renee Yanta presiding.